UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUANE R WEIR,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05955 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane Roy Weir #: C-02190
Correctional Training Facility (WA-236L)
P.O. Box 705
Soledad, CA 93960-0705

Dated: March 26, 2008

                                Richard W. Wieking, Clerk
                                By: Frank Justiliano, Deputy Clerk