IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE ROY WEIR,                                No. C 07-05955 TEH (PR)

          Petitioner,                     ORDER DENYING
                                               RESPONDENT'S REQUEST FOR
  vs.                                          STAY AND GRANTING
                                               ALTERNATIVE REQUEST FOR
BEN CURRY, Warden,                             EXTENSION OF TIME

          Respondent.
_____/               (Docket No. 4)

On November 26, 2007, Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the October 2007 decision by the California Board of Parole Hearings' ("BPH") to deny him parole. On March 26, 2008, the Court issued an order to show cause why the petition should not be granted.

Respondent seeks a stay of these proceedings in the interest of judicial order and economy to await the outcome of en banc review of Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, No. 06-55392 (9th Cir. May 16, 2008). It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending resolution of a different case involving parallel issues on the basis of judicial economy. Yong v. INS, 208 F.3d 1116, 1120-21 (9th Cir. 2000). Therefore, the Court DENIES the request for a stay. (Docket no. 4.)

Respondent alternatively requests an extension of time of fifteen days to file a responsive pleading, which is hereby GRANTED. Respondent shall file a responsive pleading within fifteen (15) days of the date of this order.

1    If Petitioner chooses to respond to the answer, he must do so by filing a traverse

2 with the Court and serving it on Respondent within thirty (30) days of his receipt of the

3 answer.

4    SO ORDERED.

5
DATED:  06/13/08

6                          THELTON E. HENDERSON
                          United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2