```
1  DUANE ROY WEIR                                    FILED
   C-02190..C.T.F. Central-F-118-U
2  P.O. BOX 705                                  08 JUN 17 PM 1:0
   Soledad.CA.93960-0705
3                                                RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
4  In Pro Per                                    NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED SATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE ROY WEIR, | ) CASE NO: C 07-05955 (TEH) |
| Petitioner. | ) REQUEST FOR ORDER TO DENY |
| | ) RESPONDENT REQUEST FOR STAY IN |
| vs. | ) PENDING MANDATE IN HAYWARD CASE. |
| BEN CURRY (Warden) | ) |
| Respondent. | ) Judge: Honorable Thelton E. Henderson |

INTRODUCTION

Petitioner, Duane Roy Weir, filed Habeas Corpus on November 26.2007 challenging California Board of Parole Hearing's (BPH) decision denying parole on March 13.2006. On March 24.2008, this Honorable Court issue an order directs Respondent to show cause why the petition should not be granted.

Petitioner contends this Honorable Court should deny the Respondent's request for stay in Hayward case as it has nothing to do with petitioner's case or any other case pending.

//
//
//

( 1 )

**DECLARATION OF SERVICE BY MAIL**

I, Duane Roy Weir, do hereby declare that I'm a citizen of the United States, And over 18 years of age. My address is Correctional Training Faclity. Soledad.California.93960-0705

On the date set forth below. I deposited in the mail at Correctional Training Facilty. Soledad.California, true copy of the Motion to deny stay in pending case of Hayward. And the true copy sent to the follo0wing:

    Edmund G.Brown JR
    Attorney General of the State of California

    /S/ BRIAN C.KINNEY
    Deputy Attorney General
    Attorneys for Respondent

    455 Golden Gate Avenue, Suite-11000
    San Francisco.CA.94102-7004

I, Duane Roy Weir, declare under the penalty of perjury and under the laws of California that the above is true and correct.

Executed: June 15.2008.                                Respectfully

                                                                                      Duane Roy Weir

//
//
//
//
//
//
//

( 2 )