# EXHIBIT   F

LYNNELL

RECEIVED IN CRIMINAL DOCKETING

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**<u>ORDER</u>**

FILED
JUL 1 3 2007

COURT OF APPEAL FOURTH DISTRICT

In re DUANE R. WEIR

on Habeas Corpus.

E043443

(Super.Ct.No. SWHSS9118 &
CR39489)

The County of San Bernardino

---

THE COURT

    The petition for writ of habeas corpus is DENIED.

MILLER

Acting P.J.

cc:   See attached list



MAILING LIST FOR CASE: E043443
In re Duane R. Weir on Habeas Corpus.

Superior Court Clerk
San Bernardino County
401 North Arrowhead Avenue
San Bernardino, CA 92415

Duane R. Weir
CDC:C02190
C.T.F.N.   N.D.59L
P.O. Box 705
Soledad, CA 93960-0705

Office Of The State Attorney General
P.O. Box 85266
San Diego CA  92186-5266

District Attorney
County of San Bernardino
Appellate Services Unit
412 Hospitality Lane, 1st Flr.
San Bernardino, CA  92415-0042

2007 JUL 16  AM 9:11

ATTORNEY GENERAL
SAN DIEGO