# EXHIBIT H

RECEIVED IN CRIMINAL DOCKETING

Court of Appeal, Fourth Appellate District, Div. 2 - No. E043443
S154667

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re DUANE ROY WEIR on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

OCT 1 0 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice