EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA N. BLONIEN
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5255
  Fax: (415) 703-5843
  Email: Brian.Kinney@doj.ca.gov

Attorneys for Respondent Ben Curry,
Warden at the Correctional Training Facility

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUANE ROY WEIR,<br><br>                        Petitioner,<br><br>   v.<br><br>BEN CURRY, Warden,<br><br>                        Respondent. | C 07-05955 TEH<br><br>**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE RETURN; DECLARATION OF COUNSEL**<br><br>Judge: The Honorable Thelton E. Henderson |

<u>**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE THE RETURN TO THE ORDER TO SHOW CAUSE.**</u>

Petitioner Duane Roy Weir is a California state inmate proceeding *pro se* in this habeas corpus action. Petitioner alleges that the California Board of Parole Hearings unconstitutionally denied him parole in his 2006 parole consideration hearing. On June 13, 2008, this Court denied Respondent's request for a stay and issued an order to show cause. The Court ordered Respondent to file a responsive pleading within fifteen days, making it due by June 30, 2008.

/ / /

1  For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully
2  requests a one-day, nunc pro tunc extension of time, up to and including July 1, 2008, to file the
3  Answer.

4  Dated: July 1, 2008

5                      Respectfully submitted,

6                      EDMUND G. BROWN JR.
                    Attorney General of the State of California

7                      DANE R. GILLETTE
8                      Chief Assistant Attorney General

                    JULIE L. GARLAND
9                      Senior Assistant Attorney General

                    ANYA M. BINSACCA
10                     Supervising Deputy Attorney General

11
12
13                     /S/ BRIAN C. KINNEY
                    BRIAN C. KINNEY
14                     Deputy Attorney General
                    Attorneys for Respondent

15
16  20119257.wpd
17  SF2008401168

Req. for Nunc Pro Tunc Ext. of Time to File a Reply; Decl. of Counsel     *Weir v. Curry*
    C 07-05955 TEH

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Eugene Roy Weir.

3. Pursuant to the Court's June 13, 2008 Order, Respondent's Answer was due by Monday, June 30, 2008. On Wednesday, June 25, 2008, I gave my secretary the exhibits, which were going to be filed with Respondent's Answer, for scanning and duplication. On Wednesday, my secretary was filing pleadings in other cases, and therefore could not begin work on this case.

4. On Thursday, June 26, 2008, the electricity in the State Building, where the Attorney General's Office is located, went out while my secretary was scanning and duplicating the exhibits for this case. As a result, she could not continue with her task.

5. On Friday, June 27, 2008, the electricity had not been restored in the building. Again, employees at the Attorney General's Office were unable to operate the copying machines or access case files on their computers. As a result, I was unable to access the draft of the Answer for this case, and the draft of a state court pleading also due on June 30, 2008. Additionally, my secretary was unable to prepare the exhibits for either case.

6. By the start of work on Monday, June 30, 2008, the electricity had been restored. First, my secretary and I prepared the pleading due in state court, so that it could be timely filed via a messenger service in Marin County Superior Court. After we finished this task, my secretary continued scanning the exhibits for this case, and I provided her the final copy of the Answer. Unfortunately, before she could finish, she had to leave the office for family reasons. I had already gone home for the day, and therefore was unavailable to file a request for an extension of time.

7. As a result, I am respectfully requesting a one-day, nunc pro tunc extension of time to file the Answer in this case.

8. Petitioner is representing himself and because he is currently incarcerated, he is not

1 | easily reachable for notification of my request.

2 |     9. This request is not made for any purpose of harassment, undue delay, or for any improper reason. Indeed, Friday's power outage created a severe backlog in filings at the Attorney General's Office. On Monday, my secretary and I were unable to recover from this backlog before she had to go home for family reasons.

    I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on July 1, 2008, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

Req. for Nunc Pro Tunc Ext. of Time to File a Reply; Decl. of Counsel     *Weir v. Curry*
C 07-05955 TEH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Duane Roy Weir v. Ben Curry, Warden**

Case No.:    **C 07-05955 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 1, 2008**, I served the attached

**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE RETURN; DECLARATION OF COUNSEL; [PROPOSED ORDER]**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Duane Roy Weir  (C-02190)
Correctional Training Facility
F-118-U P.O. Box 705
Soledad, CA 93960-0705
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 1, 2008**, at San Francisco, California.

|  |  |
|---|---|
| R. Panganiban | /S/R. Panganiban |
| Declarant | Signature |

20119451.wpd