IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUANE ROY WEIR,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　　　Respondent. | C 07-05955 TEH<br><br>**[PROPOSED] ORDER** |

　　GOOD CAUSE SHOWN, Respondent is hereby GRANTED a one-day, nunc pro tunc extension of time to file the Answer in this matter. If Petitioner wishes to respond to the Answer, he shall do so by filing and serving a traverse within thirty days of service of Respondent's Answer.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Thelton E. Henderson