1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11
**DUANE ROY WEIR,**                                      C 07-05955 TEH
12
                                    Petitioner,          ~~[PROPOSED]~~ ORDER
13
            v.
14
**BEN CURRY,  Warden,**
15
                                    Respondent.
16
17        GOOD CAUSE SHOWN, Respondent is hereby GRANTED a one-day, nunc pro tunc
18   extension of time to file the Answer in this matter.  If Petitioner wishes to respond to the Answer,
19   he shall do so by filing and serving a traverse within thirty days of service of Respondent's
20   Answer.
21
22   Dated: _____07/02/08_____ _____
23                                                   The Honorable Thelton E. Henderson
24
25
26
27
28
     [Proposed] Order                                                   *Weir v. Curry*
                                                                 Case No. C 07-05955 TEH
                                    1