1  DUANE ROY WEIR
   C-02190..C.T.F. Central-F-118-U
2  P.O. BOX 705
   Soledad.CA.93960-0705
3

4  In Pro Per



           IN THE UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF CALIFORNIA


| DUANE ROY WEIR, | ) CASE NO: C 07-05955 (TEH) (PR) |
|---|---|
| Petitioner. vs. | ) REQUEST FOR DEFAULT JUDGMENT ON ) RESPONDENT'S FAILURE TO COMPLY ) WITH COURT ORDER TIME LIMIT ON ) FILING RETURN. |
| BEN CURRY (Warden) | ) |
| Respondent. | ) |

   On November 26.2007, Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the March 13.2006 decision by the California Board of Parole Hearings' ("BPH") to deny him parole. OnMarch 26.2008, the Court issued an order to show cause why the petition should not be granted.

   1. Respondent shall file with the court and serve petitioner, within **sixty (60) days** of this order, (March 26.2008) an answer conforming in all respects to **Rule 5** of the **Rules Governing Section 2254 Cases**, showing cause why a writ of habeas corpus should not be issued.

   2. Respondent shall file with the answer and serve petitioner a copy of all portions of the state trial record that have been

1  transcribed previously and that are relevant to a determination
2  of the issues presented by the petition.
3      2. On May 24.2008, sixty (60) day time limit expired. On the
4  sixty-third (63), May 27.2008, respondent filed motion for "Request
5  For Stay pending the issuance of the mandate in Hayward v.Marshall
6  512 F.3d 536 (9th Cir.2008), reh' g en banc granted, __F.3d-_, No.
7  06-55392 (9th Cir.filed May 16.2008). Oral Argument in Hayward is
8  set for June 24.2008.
9      3. On June 13.2008, the Court assert respondent seeks a stay
10 of these proceedings in the interest of judicial order and economy
11 to await the outcome of en banc review of Hayward v. marshall, 512
12 F.3d 536 (9th Cir.2008), reh'g banc granted , No: 06-55392 (9th Cir.
13 May 16.2008). The Court stated: It is an abuse of discretion for a
14 district court to stay a habeas corpus petition indefinitely pend-
15 ing resolution of a different case involving parellel issues on the
16 basis of judicial economy. Yong v. INS, 208 F.3d 1116, 1120-21 (=
17 9th Cir.2000). Therefore, the Court DENIED the request for stay.
18     4. Respondent alternatively requests an extention of time of
19 fifteen (15) to file a responsive pleading, which is hereby Granted.
20     5. Respondent shall file a responsive pleading within fifteen-
21 (15) days of this Order "June 13.2008" and serve petitioner with
22 copy. Expired date for filing responsive pleading is June 27.2008.
23     6. On June 27.2008, respondent failed to comply with Court
24 Order as filing date expire.
25     7. On July 1.2008, nineteen (19) days later respondent is
26 requesting one (1) day extention of time in filing pleading when
27 the pleadings should have been filed on June 27.2008.
28 //

( 2 )

8. Respondent is in <u>Default</u> and should be held in answer to failure to comply with the Court Order knowingly this is an un-delay which violates petitioner's due process rights under Sixth; Fourteenth Amendement to United States Constitutionm and Federal.

9. It must be noted if petitioner delay any proceedings in appeal prcoess petitioner's appeal would be denied for failure to comply with Court Order and Rules of Court procedures. It is hereby requested respondent be held in <u>Default</u> for unneccessary delay in appeal process and failure to comply with Court Order and the Court Rules as set forth in Order to Show Cause issued on March 23, 2008.

//

//

### DECLARATION OF SERVICE BY U.S. MAIL

I, <u>Duane Roy Wei,</u> state: I am the petitioner in this matter. I have read the foregoing petition -Motion- and the facts stated therein are ture of my own knowledge, except as to matters that are therein stated on my own information and belief, and as to those matters I believe them to be true.

Respectfully

*Duane R. Wei*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Soledad.CA. on date: <u>July 6.2008.</u>

The following cpoy of this Motion was sent to California Attorney General. Edmund G.Brown Jr. 455 Golden Gate Avenute,Suite-11000. San Francisco.CA.94102-7004.

Respectfully

*Duane R. Wei*

DUANE ROY WEIR
C-02190..C.T.F. Central-F-118-U
P.O. BOX 705
Soledad.CA.93960-0705

"LEGAL MAIL"

Office of the Clerk, U.S.District Court
Northern District of California
450 Golden Gate Avenue
San Francisco.California 94102

("Case No" C 07-05955 (TEH) (PR)

"LEGAL MAIL"



*[Signature and date 7/6/08 rotated 90°]*