IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE R. WEIR,

        Petitioner,

   v.

BEN CURRY, Warden,

        Respondent.

_____/

No. C-07-5955 TEH (PR)

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

    Pursuant to the mandate issued by the Ninth Circuit on January 13, 2011, this petition for writ of habeas corpus is DISMISSED as moot due to petitioner's death. See Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003).

    IT IS SO ORDERED.

DATED  *06/18/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.07\Weir-07-5955-dismiss.wpd